814

No. 862. UNITED STATES *v.* JOHN J. FELIN & CO., INC. March 3, 1947. Petition for writ of certiorari to the Court of Claims granted. *Acting Solicitor General Washington* for the United States. *Wilbur La Roe, Jr., Frederick E. Brown* and *Arthur L. Winn, Jr.* for respondent.

No. 847. UNITED STATES *v.* MUNSEY TRUST CO., RE- CEIVER. March 3, 1947. Petition for writ of certiorari to the Court of Claims granted. *Acting Solicitor General Washington* for the United States. *Alexander M. Heron* and *William L. Owen* for respondent.

No. 937. SHERRER *v.* SHERRER. March 3, 1947. Pe- tition for writ of certiorari to the Probate Court for the County of Berkshire, Massachusetts, granted. *Francis J. Quirico* for petitioner.

No. 958. COE *v.* COE. March 3, 1947. Petition for writ of certiorari to the Probate Court for the County of Worcester, Massachusetts, granted. *Arthur V. Getchell* for petitioner.

No. 945. McWILLIAMS *v.* COMMISSIONER OF INTERNAL REVENUE;

No. 946. ESTATE OF McWILLIAMS *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 947. McWILLIAMS *v.* COMMISSIONER OF INTER- NAL REVENUE. March 3, 1947. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth